UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DESALVO, JR., RICHARD         § Case No. 08-04929-BWB
       DESALVO, MARSHA               §
                                     §
Debtor(s)                            §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on March 03, 2008. The undersigned trustee was appointed on March 03, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $     215,006.29

    Funds were disbursed in the following amounts:

    Administrative expenses                                   19,908.00
    Payments to creditors                                    170,475.69
    Non-estate funds paid to 3rd Parties                           0.00
    Payments to the debtor                                    22,000.00

    Leaving a balance on hand of [1]        $          2,622.60

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

     6. The deadline for filing claims in this case was 08/20/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $12,900.30. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $989.98, for a total compensation of $989.98. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/22/2010    By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-04929-BWB  
**Case Name:** DESALVO, JR., RICHARD  
DESALVO, MARSHA  
**Period Ending:** 04/22/10

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 03/03/08 (f)  
**§341(a) Meeting Date:** 04/17/08  
**Claims Bar Date:** 08/20/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 23502 MATTHEW, PLAINFIELD, IL | 245,000.00 | 59,100.00 | | 215,000.00 | FA |
| 2 | HUNTING CABIN IN WI | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | CASH ON HAND | 10.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING ACCOUNTS | 150.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 40.00 | 0.00 | | 0.00 | FA |
| 7 | PENSION | Unknown | 0.00 | | 0.00 | FA |
| 8 | 25% SHAREHOLDER IN K& R ELECTRICAL | Unknown | 0.00 | | 0.00 | FA |
| 9 | 1996 OLDSMOBILE | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2001 GMC | 8,500.00 | 0.00 | | 0.00 | FA |
| 11 | 2000 17" BOAT | 5,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6.29 | Unknown |
| 12 | Assets Totals (Excluding unknown values) | **$268,200.00** | **$59,100.00** | | **$215,006.29** | **$0.00** |

**Major Activities Affecting Case Closing:**

WORKING ON OBTAINING REPLACEMENT INSURANCE CHECK; 11/09 EMPLOYED ACCOUNTANT; TAX RETURNS PREPARED; FINAL REPORT BEING PREPARED

**Initial Projected Date Of Final Report (TFR):** June 30, 2009     **Current Projected Date Of Final Report (TFR):** June 30, 2010

Case 08-04929    Doc 35    Filed 04/22/10    Entered 04/22/10 14:18:22    Desc Main
            Document      Page 4 of 11

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-04929-BWB  
**Case Name:** DESALVO, JR., RICHARD  
DESALVO, MARSHA  
**Taxpayer ID #:** **-***4167  
**Period Ending:** 04/22/10

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****79-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/14/08 | | CHICAGO TITLE & TRUST | SALE OF REAL ESTATE | | | 24,621.82 | | 24,621.82 |
| | {1} | | SALE OF REAL ESTATE | 215,000.00 | 1110-000 | | | 24,621.82 |
| | | FIRST FEDERAL SAVINGS BANK | FIRST MORTGAGE PAYOFF | -103,895.72 | 4110-000 | | | 24,621.82 |
| | | FOUNDERS BANK | SECOND MORTGAGE | -66,579.97 | 4110-000 | | | 24,621.82 |
| | | RUSSELL & ABRAHAM | WELL & SEPTIC INSPECTION | -385.00 | 2500-000 | | | 24,621.82 |
| | | PRAIRIE STATE WATER SYSTEMS | CLORINATION OF WELL | -315.00 | 2500-000 | | | 24,621.82 |
| | | WILL COUNTY TREASURER | 2008 COUNTY TAXES | -2,657.10 | 2820-000 | | | 24,621.82 |
| | | CENTURY 21 PRO TEAM | | -6,600.00 | 3510-000 | | | 24,621.82 |
| | | COLDWELL BANKER | | -6,300.00 | 3510-000 | | | 24,621.82 |
| | | CHICAGO TITLE | TITLE INSURANCE | -1,190.00 | 2500-000 | | | 24,621.82 |
| | | WILL COUNTY TREASURER | COUNTY STAMPS | -107.50 | 2820-000 | | | 24,621.82 |
| | | | STATE STAMPS | -215.00 | 2820-000 | | | 24,621.82 |
| | | ASSOCAITED SURVEY | SURVEY | -325.00 | 2500-000 | | | 24,621.82 |
| | | WILL COUNTY TREASURER | 2007 TAXES | -1,638.39 | 2820-000 | | | 24,621.82 |
| | | CHICAGO TITLE | RELEASE FEE | -69.50 | 2500-000 | | | 24,621.82 |
| | | CHICAGO TITLE | OVERNIGHT FEE/TAX PAYMENT FEE | -100.00 | 2500-000 | | | 24,621.82 |
| 10/24/08 | 1001 | RICHARD & MARSHA DESALVO | HOMESTEAD EXEMPTION | | 8100-002 | | 22,000.00 | 2,621.82 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 1.41 | | 2,623.23 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 2.01 | | 2,625.24 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.26 | | 2,626.50 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.10 | | 2,626.60 |
| 02/04/09 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #08B-04929, Bond#016026455<br>Voided on 02/05/09 | | 2300-000 | | ! 2.24 | 2,624.36 |
| 02/05/09 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #08B-04929, Bond#016026455<br>Voided: check issued on 02/04/09 | | 2300-000 | | ! -2.24 | 2,626.60 |
| 02/05/09 | 1003 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #08B-04929, BOND#016026455 | | 2300-000 | | 3.28 | 2,623.32 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.09 | | 2,623.41 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.11 | | 2,623.52 |

Subtotals :         $24,626.80         $22,003.28

{} Asset reference(s)            !-Not printed or not transmitted            Printed: 04/22/2010 01:53 PM    V.12.08

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-04929-BWB  
**Case Name:** DESALVO, JR., RICHARD  
DESALVO, MARSHA  
**Taxpayer ID #:** **-***4167  
**Period Ending:** 04/22/10

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****79-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,623.62 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,623.72 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,623.83 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,623.94 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,624.05 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,624.15 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,624.25 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,624.36 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,624.47 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,624.57 |
| 02/05/10 | 1004 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-04929, BOND#016026455 Voided on 02/05/10 | 2300-000 | | 2.23 | 2,622.34 |
| 02/05/10 | 1004 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-04929, BOND#016026455 Voided: check issued on 02/05/10 | 2300-000 | | -2.23 | 2,624.57 |
| 02/05/10 | 1005 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-04929, BOND#016026455 | 2300-000 | | 2.23 | 2,622.34 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,622.43 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,622.54 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 2,622.60 |
| 04/20/10 | | Wire out to BNYM account 9200******7965 | Wire out to BNYM account 9200******7965 | 9999-000 | -2,622.60 | | 0.00 |

|  |  | ACCOUNT TOTALS | 22,005.51 | 22,005.51 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | -2,622.60 | 0.00 | |
|  |  | **Subtotal** | 24,628.11 | 22,005.51 | |
|  |  | Less: Payments to Debtors | | 22,000.00 | |
|  |  | **NET Receipts / Disbursements** | **$24,628.11** | **$5.51** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-04929-BWB  
**Case Name:** DESALVO, JR., RICHARD  
DESALVO, MARSHA  
**Taxpayer ID #:** **-***4167  
**Period Ending:** 04/22/10

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****79-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 04/22/2010 01:53 PM    V.12.08

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-04929-BWB
**Case Name:** DESALVO, JR., RICHARD
DESALVO, MARSHA
**Taxpayer ID #:** **-***4167
**Period Ending:** 04/22/10

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******79-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | 9999-000 | 2,622.60 | | 2,622.60 |
| | | | **ACCOUNT TOTALS** | | **2,622.60** | **0.00** | **$2,622.60** |
| | | | Less: Bank Transfers | | 2,622.60 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 04/22/2010 01:53 PM    V.12.08

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-04929-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | DESALVO, JR., RICHARD | | **Bank Name:** | The Bank of New York Mellon |
| | DESALVO, MARSHA | | **Account:** | 9200-******79-66 - Checking Account |
| **Taxpayer ID #:** | **-***4167 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 04/22/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****79-65** | 24,628.11 | 5.51 | 0.00 |
| **Checking # ***-*****79-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******79-65** | 0.00 | 0.00 | 2,622.60 |
| **Checking # 9200-******79-66** | 0.00 | 0.00 | 0.00 |
| | **$24,628.11** | **$5.51** | **$2,622.60** |

{} Asset reference(s)                                                                                                 Printed: 04/22/2010 01:53 PM    V.12.08

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-04929-BWB
Case Name: DESALVO, JR., RICHARD
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | THOMAS B. SULLIVAN, TRUSTEE | $ 989.98 | $ |
| *Attorney for trustee* | Grochocinski, Grochocinski & Lloyd, Ltd. | $ 693.00 | $ 36.26 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | Alan D. Lasko | $ 890.98 | $ 14.35 |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 279,445.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 001 | PANTOL INC. | $ 6,517.22 | $ 0.00 |
| 002 | ECAST SETTLEMENT CORP SUCESSOR TO ARROW FIN SVC LLC | $ 2,250.17 | $ 0.00 |
| 003 | FIRST NATIONAL BANK OF OMAHA | $ 6,290.18 | $ 0.00 |
| 004 | GORDON ELECTRIC SUPPLY-KANKAKEE | $ 237,567.58 | $ 0.00 |
| 005 | HANNON & ASSOCIATES | $ 22,539.35 | $ 0.00 |
| 007 | FIA CARD SERVICES NA/ BANK OF AMERICAN BY AMERICAN | $ 4,280.88 | $ 0.00 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                        Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                        Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**