**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: DESALVO, JR., RICHARD | § | Case No. 08-04929-BWB |
| DESALVO, MARSHA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S DEARBORN STREET
7TH FLOOR
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15 on 05/28/2010 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/22/2010        By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                      Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: DESALVO, JR., RICHARD | § | Case No. 08-04929-BWB |
| DESALVO, MARSHA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $ 215,006.29

*and approved disbursements of*      $ 212,383.69

*leaving a balance on hand of* [1]      $ 2,622.60

Claims of secured creditors will be paid as follows:

*Claimant*      *Proposed Payment*
     N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | THOMAS B. SULLIVAN, TRUSTEE | $ 989.98 | $ |
| Attorney for trustee | Grochocinski, Grochocinski & Lloyd, Ltd. | $ 693.00 | $ 36.26 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Alan D. Lasko | $ 890.98 | $ 14.35 |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                                    *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 279,445.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                                    *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 001 | PANTOL INC. | $ 6,517.22 | $ 0.00 |
| 002 | ECAST SETTLEMENT CORP SUCESSOR TO ARROW FIN SVC LLC | $ 2,250.17 | $ 0.00 |
| 003 | FIRST NATIONAL BANK OF OMAHA | $ 6,290.18 | $ 0.00 |
| 004 | GORDON ELECTRIC SUPPLY-KANKAKEE | $ 237,567.58 | $ 0.00 |
| 005 | HANNON & ASSOCIATES | $ 22,539.35 | $ 0.00 |
| 007 | FIA CARD SERVICES NA/ BANK OF AMERICAN BY AMERICAN | $ 4,280.88 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: arodarte              Page 1 of 2                   Date Rcvd: Apr 23, 2010
Case: 08-04929                Form ID: pdf006             Total Noticed: 46

The following entities were noticed by first class mail on Apr 25, 2010.
db           +Richard J DeSalvo, Jr.,    23502 Matthew,    Plainfield, IL 60586-2337
jdb          +Marsha L DeSalvo,    23502 Matthew,    Plainfield, IL 60586-2337
aty          +Brian D Johnson,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty          +Stephen J West,    Law Offices Of Stephen J West,    628 Columbus Dr Rm 102,
               Ottawa, IL 61350-2933
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
11999358      AT&T,    % Allied Interstate Inc.,    PO Box 1954,    Southgate, MI 48195-0954
11999359     +AT&T-Illinois,    % Alliant Law Group, LLP,    97 E. Brokaw Rd.; Suite #240,
               San Jose, CA 95112-4209
11999354     +Air 1 Wireless-Joliet,    2296 Essington,    Joliet, IL 60435-1788
11999355     +Airgas-North Central,    % D&S Ltd.,    231 E. Main St.; Suite 240,    Round Rock, TX 78664-5272
11999356     +Alecia a. Staniszewski, CPA, P.C.,    18427 Conlee Dr.,    Mokena, IL 60448-9547
11999362     +BP Proprietary/Oil,    % Hunter Warfield,    Dept. RMD; PO Box 41309,    Nashville, TN 37204-1309
11999360      Bank of America,    PO Box 17220,    Baltimore, MD 21297-1220
11999361      Bank of America,    Business Card,    PO Box 15710,    Wilmington, DE 19886-5710
11999365      CNH Capital America LLC,    PO Box 3600,    Lancaster, PA 17604-3600
11999363     +Citizens Automobile Finance,    PO Box 42113,    Providence, RI 02940-2113
11999367     +Complete Industrial & Electric Supp,    1220 Wenzel Rd.,    Peru, IL 61354-1136
11999368     +Express Signs and Lighting,    Maintenance Inc.,    212 Amendodge Dr.,    Shorewood, IL 60404-9362
11999369      First Bankcard,    PO Box 2557,    Omaha, NE 68103-2557
11999370     +First Federal Savings Bank,    633 LaSalle St.,    Ottawa, IL 61350-2931
12377853     +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
11999371     +Founders Bank,    23840 W. Eames St.,    Channahon, IL 60410-5366
11999372      Gordon Electric Supply-Kankakee,    1290 N. Hobbie,    Kankakee, IL 60901-9486
11999373     +Hannon & Associates,    304 Meyers St.,    Shorewood, IL 60404-9296
11999374     +Heritage FS, Inc.,    % Atty. Gary K. Davidson,    58 E. Clinton St.; Suite 200,
               Joliet, IL 60432-4193
11999375      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11999376      Internal Revenue Services,    PO Box 419236,    Kansas City, MO 64141
11999377     +Kleinhoffer Mfg. & Repair Inc.,    1852 Terry Dr.,    Joliet, IL 60436-8541
11999378     +Minooka Grain, Lumber & Supply, Co.,    PO Box 100,    Minooka, IL 60447-0100
11999379     +NECA-IBEW Local #175,    2120 Hubbard Ave.,    Decatur, IL 62526-2871
11999380     +Pantol Inc.,    1510 N. Chestnut St.,    Ottawa, IL 61350-1950
11999381      Pomps Tire Service Inc.,    % LaChapelle Credit Service, Inc.,    PO Box 1653,
               Green Bay, WI 54305-1653
11999382     +Rental Max,    908 E. Roosevelt Rd.,    Wheaton, IL 60187-5651
11999383     +Sawcore, Inc.,    201 Sumner,    Peotone, IL 60468-9003
11999384     +Serena Concrete Inc.,    304 Amendodge Dr.,    Shorewood, IL 60404-8201
11999385     +Shorewood Lube ’N’ Service,    722 Cottage St. (Rt. 59),    Shorewood, IL 60404-9367
11999386     +Sprint Yellow Pages,    PO Box 541023,    Los Angeles, CA 90054-1023
11999387     +Sunbelt Rentals a/k/a Nationsrent,    % Stein & Rotman, Attys.,    105 W. Madison St.,
               Chicago, IL 60602-4602
11999388      Waste Management,    PO Box 4648,    Carol Stream, IL 60197-4648
11999389     +Welsch Red-E-Mix, Inc.,    806 Gardner St.,    Joliet, IL 60433-2434
12340958      eCAST Settlement Corporation successor to,    Arrow Financial Services LLC assignee,    of BEST BUY,
               POB 35480,    Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Apr 23, 2010.
11999357     +Fax: 703-433-7292 Apr 23 2010 23:05:26      AOL,    Member Services,    PO Box 30622,
               Tampa, FL 33660-1622
11999366     +E-mail/Text: legalcollections@comed.com                             Commonwealth Edison,
               % Torres Credit Services, Inc.,    PO Box 189,    Carlisle, PA 17013-0189
12516912     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 24 2010 00:21:26
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11999364*    +Citizens Automobile Finance,    PO Box 42113,    Providence, RI 02940-2113
                                                                                               TOTALS: 0, * 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1        User: arodarte        Page 2 of 2            Date Rcvd: Apr 23, 2010
Case: 08-04929              Form ID: pdf006       Total Noticed: 46

                   ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2010**            **Signature:**    _Joseph Speetjens_