# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: DESALVO, JR., RICHARD § Case No. 08-04929-BWB
    DESALVO, MARSHA §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $11,650.00 | Assets Exempt: $36,040.00 |
| Total Distribution to Claimants: $170,475.69 | Claims Discharged Without Payment: $279,445.38 |
| Total Expenses of Administration: $22,530.72 | |

  3) Total gross receipts of $ 215,006.41 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 22,000.00 (see **Exhibit 2**), yielded net receipts of $193,006.41 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $170,475.69 | $170,475.69 | $170,475.69 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 37,696.95 | 22,559.15 | 22,530.72 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 279,445.38 | 279,445.38 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $487,618.02 | $472,480.22 | $193,006.41 |

    4)  This case was originally filed under Chapter 7 on March 03, 2008.
. The case was pending for 29 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/19/2010          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 23502 MATTHEW, PLAINFIELD, IL | 1110-000 | 215,000.00 |
| Interest Income | 1270-000 | 6.41 |
| **TOTAL GROSS RECEIPTS** | | **$215,006.41** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RICHARD & MARSHA DESALVO | HOMESTEAD EXEMPTION | 8100-002 | 22,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$22,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIRST FEDERAL SAVINGS BANK | 4110-000 | N/A | 103,895.72 | 103,895.72 | 103,895.72 |
| FOUNDERS BANK | 4110-000 | N/A | 66,579.97 | 66,579.97 | 66,579.97 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$170,475.69** | **$170,475.69** | **$170,475.69** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 3,937.50 | 700.00 | 692.49 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 36.63 | 36.63 | 36.24 |
| Alan D. Lasko | 3410-000 | N/A | 900.00 | 900.00 | 890.35 |
| Alan D. Lasko | 3420-000 | N/A | 14.50 | 14.50 | 14.34 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 12,900.32 | 1,000.02 | 989.30 |
| RUSSELL & ABRAHAM | 2500-000 | N/A | 385.00 | 385.00 | 385.00 |
| PRAIRIE STATE WATER SYSTEMS | 2500-000 | N/A | 315.00 | 315.00 | 315.00 |
| WILL COUNTY TREASURER | 2820-000 | N/A | 2,657.10 | 2,657.10 | 2,657.10 |
| CENTURY 21 PRO TEAM | 3510-000 | N/A | 6,600.00 | 6,600.00 | 6,600.00 |
| COLDWELL BANKER | 3510-000 | N/A | 6,300.00 | 6,300.00 | 6,300.00 |
| CHICAGO TITLE | 2500-000 | N/A | 1,190.00 | 1,190.00 | 1,190.00 |
| WILL COUNTY TREASURER | 2820-000 | N/A | 107.50 | 107.50 | 107.50 |
| CHICAGO TITLE & TRUST | 2820-000 | N/A | 215.00 | 215.00 | 215.00 |
| ASSOCAITED SURVEY | 2500-000 | N/A | 325.00 | 325.00 | 325.00 |
| WILL COUNTY TREASURER | 2820-000 | N/A | 1,638.39 | 1,638.39 | 1,638.39 |
| CHICAGO TITLE | 2500-000 | N/A | 69.50 | 69.50 | 69.50 |
| CHICAGO TITLE | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 3.28 | 3.28 | 3.28 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 2.23 | 2.23 | 2.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 37,696.95 | 22,559.15 | 22,530.72 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PANTOL INC. | 7100-000 | N/A | 6,517.22 | 6,517.22 | 0.00 |
| ECAST SETTLEMENT CORP SUCESSOR TO ARROW FIN SVC LLC | 7100-000 | N/A | 2,250.17 | 2,250.17 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA | 7100-000 | N/A | 6,290.18 | 6,290.18 | 0.00 |
| GORDON ELECTRIC SUPPLY-KANKAKEE | 7100-000 | N/A | 237,567.58 | 237,567.58 | 0.00 |
| HANNON & ASSOCIATES | 7100-000 | N/A | 22,539.35 | 22,539.35 | 0.00 |
| HANNON & ASSOCIATES | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| FIA CARD SERVICES NA/ BANK OF AMERICAN BY AMERICAN | 7100-000 | N/A | 4,280.88 | 4,280.88 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | 0.00 | 279,445.38 | 279,445.38 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-04929-BWB  
**Case Name:** DESALVO, JR., RICHARD  
DESALVO, MARSHA  
**Period Ending:** 07/19/10

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 03/03/08 (f)  
**§341(a) Meeting Date:** 04/17/08  
**Claims Bar Date:** 08/20/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 23502 MATTHEW, PLAINFIELD, IL | 245,000.00 | 59,100.00 | | 215,000.00 | FA |
| 2 | HUNTING CABIN IN WI | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | CASH ON HAND | 10.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING ACCOUNTS | 150.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 40.00 | 0.00 | | 0.00 | FA |
| 7 | PENSION | Unknown | 0.00 | | 0.00 | FA |
| 8 | 25% SHAREHOLDER IN K& R ELECTRICAL | Unknown | 0.00 | | 0.00 | FA |
| 9 | 1996 OLDSMOBILE | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2001 GMC | 8,500.00 | 0.00 | | 0.00 | FA |
| 11 | 2000 17" BOAT | 5,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 6.41 | FA |
| 12 | Assets Totals (Excluding unknown values) | **$268,200.00** | **$59,100.00** | | **$215,006.41** | **$0.00** |

**Major Activities Affecting Case Closing:**

WORKING ON OBTAINING REPLACEMENT INSURANCE CHECK; 11/09 EMPLOYED ACCOUNTANT; TAX RETURNS PREPARED; FINAL REPORT BEING PREPARED

**Initial Projected Date Of Final Report (TFR):**   June 30, 2009        **Current Projected Date Of Final Report (TFR):**   April 22, 2010  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-04929-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | DESALVO, JR., RICHARD | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DESALVO, MARSHA | | Account: | ***-*****79-65 - Money Market Account |
| Taxpayer ID #: | **-***4167 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/19/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/14/08 | | CHICAGO TITLE & TRUST | SALE OF REAL ESTATE | | 24,621.82 | | 24,621.82 |
| | {1} | | SALE OF REAL ESTATE  215,000.00 | 1110-000 | | | 24,621.82 |
| | | FIRST FEDERAL SAVINGS BANK | FIRST MORTGAGE PAYOFF  -103,895.72 | 4110-000 | | | 24,621.82 |
| | | FOUNDERS BANK | SECOND MORTGAGE  -66,579.97 | 4110-000 | | | 24,621.82 |
| | | RUSSELL & ABRAHAM | WELL & SEPTIC INSPECTION  -385.00 | 2500-000 | | | 24,621.82 |
| | | PRAIRIE STATE WATER SYSTEMS | CLORINATION OF WELL  -315.00 | 2500-000 | | | 24,621.82 |
| | | WILL COUNTY TREASURER | 2008 COUNTY TAXES  -2,657.10 | 2820-000 | | | 24,621.82 |
| | | CENTURY 21 PRO TEAM | -6,600.00 | 3510-000 | | | 24,621.82 |
| | | COLDWELL BANKER | -6,300.00 | 3510-000 | | | 24,621.82 |
| | | CHICAGO TITLE | TITLE INSURANCE  -1,190.00 | 2500-000 | | | 24,621.82 |
| | | WILL COUNTY TREASURER | COUNTY STAMPS  -107.50 | 2820-000 | | | 24,621.82 |
| | | | STATE STAMPS  -215.00 | 2820-000 | | | 24,621.82 |
| | | ASSOCAITED SURVEY | SURVEY  -325.00 | 2500-000 | | | 24,621.82 |
| | | WILL COUNTY TREASURER | 2007 TAXES  -1,638.39 | 2820-000 | | | 24,621.82 |
| | | CHICAGO TITLE | RELEASE FEE  -69.50 | 2500-000 | | | 24,621.82 |
| | | CHICAGO TITLE | OVERNIGHT FEE/TAX PAYMENT FEE  -100.00 | 2500-000 | | | 24,621.82 |
| 10/24/08 | 1001 | RICHARD & MARSHA DESALVO | HOMESTEAD EXEMPTION | 8100-002 | | 22,000.00 | 2,621.82 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.41 | | 2,623.23 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.01 | | 2,625.24 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.26 | | 2,626.50 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,626.60 |
| 02/04/09 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #08B-04929, Bond#016026455 Voided on 02/05/09 | 2300-000 | | ! 2.24 | 2,624.36 |
| 02/05/09 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #08B-04929, Bond#016026455 Voided: check issued on 02/04/09 | 2300-000 | | ! -2.24 | 2,626.60 |
| 02/05/09 | 1003 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #08B-04929, BOND#016026455 | 2300-000 | | 3.28 | 2,623.32 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,623.41 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,623.52 |

Subtotals :   $24,626.80   $22,003.28

{} Asset reference(s)         !-Not printed or not transmitted                    Printed: 07/19/2010 10:19 AM     V.12.08

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-04929-BWB  
**Case Name:** DESALVO, JR., RICHARD  
DESALVO, MARSHA  
**Taxpayer ID #:** \*\*-\*\*\*4167  
**Period Ending:** 07/19/10  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*79-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,623.62 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,623.72 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,623.83 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,623.94 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,624.05 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,624.15 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,624.25 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,624.36 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,624.47 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,624.57 |
| 02/05/10 | 1004 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-04929, BOND#016026455 Voided on 02/05/10 | 2300-000 | | 2.23 | 2,622.34 |
| 02/05/10 | 1004 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-04929, BOND#016026455 Voided: check issued on 02/05/10 | 2300-000 | | -2.23 | 2,624.57 |
| 02/05/10 | 1005 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-04929, BOND#016026455 | 2300-000 | | 2.23 | 2,622.34 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,622.43 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,622.54 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 2,622.60 |
| 04/20/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*7965 | Wire out to BNYM account 9200\*\*\*\*\*\*7965 | 9999-000 | -2,622.60 | | 0.00 |

|  | ACCOUNT TOTALS | 22,005.51 | 22,005.51 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | -2,622.60 | 0.00 | |
|  | **Subtotal** | 24,628.11 | 22,005.51 | |
|  | Less: Payments to Debtors | | 22,000.00 | |
|  | **NET Receipts / Disbursements** | **$24,628.11** | **$5.51** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-04929-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | DESALVO, JR., RICHARD | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DESALVO, MARSHA | | Account: | ***-*****79-66 - Checking Account |
| Taxpayer ID #: | **-***4167 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/19/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 07/19/2010 10:19 AM    V.12.08

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

| Case Number: | 08-04929-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | DESALVO, JR., RICHARD | | Bank Name: | The Bank of New York Mellon |
| | DESALVO, MARSHA | | Account: | 9200-******79-65 - Money Market Account |
| Taxpayer ID #: | **-***4167 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/19/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | 9999-000 | 2,622.60 | | 2,622.60 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.03 | | 2,622.63 |
| 05/25/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0500% | 1270-000 | 0.09 | | 2,622.72 |
| 05/25/10 | | To Account #9200******7966 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 2,622.72 | 0.00 |
| | | | ACCOUNT TOTALS | | 2,622.72 | 2,622.72 | $0.00 |
| | | | Less: Bank Transfers | | 2,622.60 | 2,622.72 | |
| | | | Subtotal | | 0.12 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.12 | $0.00 | |

{} Asset reference(s)   Printed: 07/19/2010 10:19 AM   V.12.08

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 08-04929-BWB  
**Case Name:** DESALVO, JR., RICHARD  
DESALVO, MARSHA  
**Taxpayer ID #:** **-***4167  
**Period Ending:** 07/19/10

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******79-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/10 | | From Account #9200******7965 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 2,622.72 | | 2,622.72 |
| 06/02/10 | 10101 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 98.92% on $700.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 692.49 | 1,930.23 |
| 06/02/10 | 10102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 98.92% on $36.63, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 36.24 | 1,893.99 |
| 06/02/10 | 10103 | Alan D. Lasko | Dividend paid 98.92% on $900.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 890.35 | 1,003.64 |
| 06/02/10 | 10104 | Alan D. Lasko | Dividend paid 98.92% on $14.50, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 14.34 | 989.30 |
| 06/02/10 | 10105 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 98.92% on $1,000.02, Trustee Compensation; Reference: | 2100-000 | | 989.30 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,622.72 | 2,622.72 | **$0.00** |
| | | | Less: Bank Transfers | | 2,622.72 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **2,622.72** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,622.72** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****79-65 | 24,628.11 | 5.51 | 0.00 |
| Checking # ***-*****79-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******79-65 | 0.12 | 0.00 | 0.00 |
| Checking # 9200-******79-66 | 0.00 | 2,622.72 | 0.00 |
| | **$24,628.23** | **$2,628.23** | **$0.00** |

{} Asset reference(s)

Printed: 07/19/2010 10:19 AM    V.12.08